[No. 2666-1.    Division One.    July 14, 1975.]

FRED F. NELSON et al, *Appellants*, v. MID-VALLEY LAND COMPANY, INC., et al, *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 751369, Frank H. Roberts, Jr., J., entered November 7, 1973. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Callow and Andersen, JJ.